B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### District of South Dakota

In re Colleen A. & Brian A. Carman ,
           Debtor

Case No. 09-10226

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 71,431.68 | | |
| B - Personal Property | Yes | 11 | $ 18,135.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 98,980.16 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 4,672.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 4,388.28 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 4,352.41 |
| TOTAL | | | $ 89,566.68 | $ 103,652.45 | |

RECEIVED

2009 OCT 29  A 8: 07

U.S. BANKRUPT
DIST. OF SOUTH

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### District of South Dakota

In re  Colleen A. & Brian A. Carman_____,
              Debtor

Case No.  09-10226_____

Chapter  7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 16) | $ | 4,388.28 |
| Average Expenses (from Schedule J, Line 18) | $ | 4,352.41 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re  Colleen A. & Brian A. Carman        ,        Case No.  _O 9 - 10226_
                    **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Home: 2304 South Highway 281 Aberdeen, SD 57401 | Primary residential home | J | 58,000.00 | 58000.00 |
| Home: 2304 South Highway 281 Aberdeen, SD 57401 | Second Mortgage | J | 13,431.68 | 13431.68 |
| | | | | |

Total▶  _71,431.68_

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  **Colleen A. & Brian A. Carman**                    ,          Case No.  09 - 10226

      **Debtor**                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | In wallet | J | 35.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | **See Attached | J | $185.59 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **See Attaches | J | 18,135.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **See Attached | J | included in 4 |
| 7. Furs and jewelry. | | **See Attached | J | included in 4 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re    Colleen A. & Brian A. Carman_____,    Case No. _____
                        **Debtor**                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | IRS Joint Tax Return | J | 4,377.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Colleen A. & Brian A. Carman                    ,          Case No. _____
_____Debtor_____                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See Attached | J | *included in 4* |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____continuation sheets attached    Total▶        $_____

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

| **Household Goods** | **Value** | **Amount Owed** |
|---|---|---|
| 1. Microwave | $25.00 | |
| 2. Misc Dishes | $25.00 | |
| 3. Pots & pans | $10.00 | |
| 4. Silverware/utensils | $20.00 | |
| 5. Stove | $25.00 | |
| 6. Refrigerator | $150.00 | |
| 7. Dishwasher (portable) | $30.00 | |
| 8. Kitchen Cabinet | $35.00 | |
| 9. Small hand tools | $50.00 | |
| 10. Bookshelf | $10.00 | |
| 11. Love seat | $15.00 | |
| 12. Glider Rocker | $10.00 | |
| 13. Sofa | $25.00 | |
| 14. TV stand | $5.00 | |
| 15. Video Cabinet | $15.00 | |
| 16. Folding Table & 4 chairs | $20.00 | |
| 17. Corner Cabinet | $40.00 | |
| 18. Nick Nacks | $100.00 | |
| 19. 32" TV | $75.00 | |
| 20. DVD Player | $10.00 | |
| 21. Videos & DVD's | $150.00 | |
| 22. Dressers (2) | $50.00 | |

| | | |
|---|---|---|
| 23. Mirrored Dresser | $30.00 | |
| 24. Night Stands (2) | $15.00 | |
| 25. Record Player | $10.00 | |
| 26. Washer/Dryer | $50.00 | |
| 27. Unfinished China Hutch | $40.00 | |
| 28. Records | $75.00 | |
| 29. Partial Weight Set | $20.00 | |
| 30. Christmas Tree & Decorations | $20.00 | |
| 31. Small Chest Freezer | $30.00 | |
| 32. Push mower | $15.00 | |
| 33. Riding lawn mower | $60.00 | |
| 34. Bicycles (2) | $25.00 | |
| 35. Chain Saw | $30.00 | |
| 36. Weed Eater | $25.00 | |
| 37. Table Saw | $50.00 | |
| 38. Snow Blower | $75.00 | |
| 39. Misc Small Yard Tools (shovel, rake, wheel barrel) | $25.00 | |
| 40. All Family Clothing | $100.00 | |
| 41. Colleen's Wedding Ring | $125.00 | |
| 42. Brian's Wedding Ring | $100.00 | |
| 43. 2005 Ford FreeStar Van | $7,295.00 | $8,900.00 |
| 44. 2001 Chevy S10 | $6,935.00 | $15,679.48 |
| 45. 1997 Ford Explorer | $2,060.00 | $3,000.00 |

46. Homemade Yard Waste Trailer          $30.00

**Total Personal Property**          **$18,223.00**          **Owed**   **$27,379.48**

**Total Property**          **$76,223.00**          **Owed**   **$95,579.48**

# Bank Accounts

1. HealthCare Plus Federal Credit Union
   302 South Dakota Street
   Aberdeen, SD 57401
   605-622-4080

   Acct# 40280-4

   Balance: $79.32

2. Great Western Bank
   119 – th Ave SE
   Aberdeen, SD 57401
   605-229-2634

   Acct# 210030865

   Balance: $106.27

*HealthCare Plus Federal Credit Union.*

**Sort by Draft#**

## Account History For 40280-4

Open in a new Window

**09/01/2009 - 09/30/2009**
**Total Transactions: 57**

**Share - 001-REGULAR SHARES**                    Balance $6.56 as of 09/01/2009

**Share - 009-DRAFTS**                    Balance $209.94 as of 09/01/2009

| Effective | Transaction Description | Amount | Withheld | Balance |
|---|---|---|---|---|
| 09/01/2009 | GE MONEY PAYMENT 01Sep09 1061537262PPDPAYMENTPAYMENT | -$15.00 | $0.00 | $194.94 |
| 09/01/2009 | Draft # 1554 Trace: 1436292188 | -$7.00 | $0.00 | $187.94 |
| 09/01/2009 | Draft # 1577 Trace: 1436649424 | -$7.49 | $0.00 | $180.45 |
| 09/01/2009 | Draft # 1569 Trace: 1436649413 | -$28.00 | $0.00 | $152.45 |
| 09/01/2009 | Draft # 1573 Trace: 1436279620 | -$30.00 | $0.00 | $122.45 |
| 09/01/2009 | Draft # 1576 Trace: 1436275327 | -$35.00 | $0.00 | $87.45 |
| 09/01/2009 | Draft # 1572 Trace: 1436297086 | -$60.00 | $0.00 | $27.45 |
| 09/01/2009 | INSUFFICIENT FUNDS DRAFT # 1562, AMT: 120.00 | | | |
| 09/01/2009 | LOAN/SHARE XFER From Acct 40280-4 009 | $42.06 | $0.00 | $69.51 |
| 09/01/2009 | Draft # 1562 Trace: 1436603815 | -$120.00 | $0.00 | -$50.49 |
| 09/01/2009 | OVERDRAFT CHARGE 1562 | -$25.00 | $0.00 | -$75.49 |
| 09/02/2009 | SHARE/SHARE XFER From Acct 32020-4 009 | $150.00 | $0.00 | $74.51 |
| 09/03/2009 | US TREASURY 303 SOC SEC 03Sep09 3031036030PPDSOC SECSOC SEC | $298.00 | $0.00 | $372.51 |
| 09/03/2009 | US TREASURY 303 SOC SEC 03Sep09 3031036030PPDSOC SECSOC SEC | $298.00 | $0.00 | $670.51 |
| 09/03/2009 | US TREASURY 303 SOC SEC 03Sep09 3031036030PPDSOC SECSOC SEC | $1,195.00 | $0.00 | $1,865.51 |
| 09/03/2009 | SHARE WITHDRAWAL | -$50.00 | $0.00 | $1,815.51 |
| 09/03/2009 | PURCH CHCK - PIN WAL MART #1520 ABERDEEN SD 03Sep09 Trace# 520122509037000 | -$98.23 | $0.00 | $1,717.28 |
| 09/04/2009 | HSBC CARD SRVCS ONLINE PMT 04Sep09 2000000510WEBONLINE PONLINE PMT | -$15.00 | $0.00 | $1,702.28 |
| 09/04/2009 | Draft # 1579 Trace: 1437317422 | -$500.00 | $0.00 | $1,202.28 |
| 09/04/2009 | SHARE/LOAN XFER To Acct 40280-4 002 | -$122.00 | $0.00 | $1,080.28 |
| 09/08/2009 | BRISTOL WEST INS INS PAYMT 08Sep09 2381865162PPDINS PAYMINS PAYMT | -$92.01 | $0.00 | $988.27 |
| 09/08/2009 | VZ WIRELESS VN E CHECK 08Sep09 0000751800TELE CHECKE CHECK | -$98.00 | $0.00 | $890.27 |
| 09/08/2009 | PURCH CHCK - PIN WAL MART #1520 ABERDEEN SD 05Sep09 Trace# 520195509042400 | -$36.04 | $0.00 | $854.23 |
| 09/08/2009 | PURCHSE CHECKING M H 2 ABERDEEN 06Sep09 Trace# 091400020000231 | -$35.00 | $0.00 | $819.23 |
| 09/08/2009 | Draft # 1580 Trace: 1437643892 | -$15.00 | $0.00 | $804.23 |
| 09/08/2009 | SHARE WITHDRAWAL | -$200.00 | $0.00 | $604.23 |
| 09/10/2009 | IHOP CK# 1578 10Sep09 1020703388BOCCHECKCNVCK# 1578 | -$35.00 | $0.00 | $569.23 |
| 09/10/2009 | Draft # 1581 Trace: 1438537000 | -$130.00 | $0.00 | $439.23 |
| 09/10/2009 | Draft # 1584 Trace: 1438551289 | -$250.00 | $0.00 | $189.23 |

| Date | Description | Amount | | Balance |
|------|-------------|--------|---|---------|
| 09/11/2009 | SHARE DEPOSIT | $400.00 | $0.00 | $589.23 |
| 09/11/2009 | Draft # 1583 Trace: 1438912670 | -$42.67 | $0.00 | $546.56 |
| 09/16/2009 | LIFETOUCH CHURCH CK# 1586 16Sep09 30014815W1BOC88831317CK# 1586 | -$124.50 | $0.00 | $422.06 |
| 09/16/2009 | SHARE DEPOSIT | $60.00 | $0.00 | $482.06 |
| 09/17/2009 | SD DSS SD46999 17Sep09 1675060116CCDSD46999SD46999 | $246.50 | $0.00 | $728.56 |
| 09/17/2009 | Draft # 1587 Trace: 1431474822 | -$20.00 | $0.00 | $708.56 |
| 09/17/2009 | Draft # 1582 Trace: 1431742329 | -$450.00 | $0.00 | $258.56 |
| 09/18/2009 | Draft # 1589 Trace: 1431780599 | -$84.64 | $0.00 | $173.92 |
| 09/18/2009 | SHARE DEPOSIT | $125.00 | $0.00 | $298.92 |
| 09/18/2009 | SHARE/LOAN XFER To Acct 40280-4 002 | -$122.00 | $0.00 | $176.92 |
| 09/21/2009 | PURCHSE CHECKING M H 2 ABERDEEN 19Sep09 Trace# 091400020000245 | -$38.30 | $0.00 | $138.62 |
| 09/21/2009 | PURCH CHCK - PIN WAL MART #1520 ABERDEEN SD 20Sep09 Trace# 520153209193400 | -$20.10 | $0.00 | $118.52 |
| 09/21/2009 | PURCHSE CHECKING TAYLOR MUSIC INC 605 225133 21Sep09 Trace# 091400020000232 | -$11.08 | $0.00 | $107.44 |
| 09/21/2009 | PURCH CHCK - PIN WAL MART #1520 ABERDEEN SD 21Sep09 Trace# 520184609206800 | -$17.46 | $0.00 | $89.98 |
| 09/22/2009 | SHARE DEPOSIT | $200.00 | $0.00 | $289.98 |
| 09/23/2009 | SHARE DEPOSIT | $280.00 | $0.00 | $569.98 |
| 09/23/2009 | Draft # 1590 Trace: 1432477426 | -$24.00 | $0.00 | $545.98 |
| 09/23/2009 | Draft # 1591 Trace: 1432889058 | -$40.00 | $0.00 | $505.98 |
| 09/23/2009 | Draft # 1588 Trace: 1432887790 | -$41.00 | $0.00 | $464.98 |
| 09/24/2009 | PURCHSE CHECKING CASEYS 0002176 ABERDEEN 24Sep09 Trace# 091400020000069 | -$43.70 | $0.00 | $421.28 |
| 09/25/2009 | PURCHSE CHECKING SANFORD CLINIC ABERDE ABERDEEN 25Sep09 Trace# 091400020000280 | -$20.00 | $0.00 | $401.28 |
| 09/25/2009 | SHARE WITHDRAWAL | -$100.00 | $0.00 | $301.28 |
| 09/25/2009 | SHARE/LOAN XFER To Acct 40280-4 009 | -$50.00 | $0.00 | $251.28 |
| 09/28/2009 | PURCH CHCK - PIN WAL MART #1520 ABERDEEN SD 26Sep09 Trace# 520195209255800 | -$121.96 | $0.00 | $129.32 |
| 09/29/2009 | Draft # 1592 Trace: 1434187524 | -$50.00 | $0.00 | $79.32 |
| 09/30/2009 | Insufficient Funds Charges for the Month: 25.00 | | | |
| 09/30/2009 | Insufficient Funds Charges for the Year: 450.00 | | | |
| 09/30/2009 | Overdraft Transfer Charges for the Year: 10.00 | | | |

# Great Western Bank

Aberdeen Branch                (605)229-2634
119 SE 6th Ave                                    Date  9/15/09                          Page        1
                                                  Primary Account   @XXXXXXXXXXX@865
                                                  Enclosures                              3

Colleen A Carman
Brian Carman
2304 S Hwy 281
Aberdeen SD 57401

```
-----------------------------CHECKING ACCOUNTS-----------------------------
Totally Free Checking                  Number of Enclosures              3
Account Number        @XXXXXXXXXXX@865 Statement Dates  8/17/09 thru  9/15/09
Previous Balance                  3.40 Days This Statement Period        30
    3 Deposits/Credits       2,254.98  Average Ledger                217.24
   14 Checks/Debits          2,152.11  Average Collected             217.24
Service Charge                     .00
Interest Paid                      .00
Current Balance               106.27
-----------------------Deposits and Other Credits-----------------------
Date      Description                                              Amount
8/19      REGULAR DEPOSIT                             200.00 DP
8/21      PAYROLL    MOLDED FIBER GLA                 943.17
          PPD
9/04      PAYROLL    MOLDED FIBER GLA               1,111.81
          PPD
-----------------------Checks and Withdrawals-----------------------
Date      Description                                              Amount
8/19      EZPAY      HSBC CL-HMS                      185.75-
          PPD
8/24      WEB PAY    MIDCONTINENT                      40.06-
          PPD
8/26      INS PREM   COMBINED INS                      57.79-
          PPD
9/03      INSPREMIUM MODERN WOODMEN                    64.58-
          PPD
9/08      ATM W/D 1902 09/04/09 00001480              300.00-
          GREAT WSTRN BK
          119 SIXTH AVE SE
          ABERDEEN       SD           82944
9/08      ATM W/D 1336 09/08/09 00001780              300.00-
          GREAT WSTRN BK
          119 SIXTH AVE SE
          ABERDEEN       SD           82944
9/08      DBT CRD 2223 09/06/09 00050293               60.77-
          WM SUPERCENTER
          SPEARFISH      SD           82944
9/08      DBT CRD 0201 09/08/09 00032429               41.01-
          KICKSTART    1006
          STURGIS        SD           82944
9/08      DBT CRD 0215 09/07/09 00006943               19.90-
          PAMIDA
          BELLE FOURCHESD            82944
9/09      DBT CRD 0551 09/09/09 00005750                1.06-
          REDBOX *DVD RENTAL
          OAKBRKTERRACEIL            82944
9/10      INS. PREM. WEST COAST LIFE                   57.53-
          PPD
```

```
          Aberdeen Branch              (605)229-2634                                    6923
          119 SE 6th Ave                                 Date  9/15/09      Page         2
                                                          Primary Account  @XXXXXXXXXXX@865
                                                          Enclosures                     3

Totally Free Checking              @XXXXXXXXXX@865   (Continued)
--------------------------------Checks and Withdrawals--------------------------
Date     Description                                                    Amount
 9/14     DBT CRD 0227 09/14/09 00054565                        73.66-
          WAL-MART #1520
          ABERDEEN     SD
                                        82944
---------CHECKS---------- ---------CHECKS--------- ---------CHECKS----------
Date  Serial No      Amount  Date  Serial No      Amount
 8/21            800.00  9/04   2053*          150.00
* Denotes missing check numbers

-------------------------Daily Balance Information----------------------
Date       Balance        Date        Balance         Date        Balance
8/17          3.40        8/26          62.97          9/09        237.46
8/19         17.65        9/03           1.61-         9/10        179.93
8/21        160.82        9/04         960.20          9/14        106.27
8/24        120.76        9/08         238.52
```

B 6C (Official Form 6C) (12/07)

In re  Colleen A. & Brian A. Carman                    ,          Case No.  09-10226
            **Debtor**                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Real Property @ 2304 S Hwy 281, Aberdeen, SD | | 71,431.68 | 71,431.68 |
| 1997 Ford Explorer | | 2,511.00 | 2,511.00 |
| 2005 Ford FreeStar | | 9,235.00 | 9,235.00 |

B 6D (Official Form 6D) (12/07)

In re  Colleen A. & Brian A. Carman_____,    Case No.  09-10226_____
                        Debtor                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

       State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

       List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

       If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

       If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

       Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4813 <br><br> Beneficial <br> PO Box 5233 <br> Carol Stream, IL  60197-5233 | X | J | 2007, 2nd Mtg; 2304 S Hwy 281, Aberdeen, SD <br><br> VALUE $  13,431.68 | | | | 13,431.68 | |
| ACCOUNT NO. 80 4-2 <br><br> HealthCare Plus Fed. CU <br> 203 S Dakota St. <br> Aberdeen, SD 57401 | X | J | 12/11/08; Title held; 1997 Ford Explorer, <br><br> VALUE $  2,060.00 | | | | 2,511.00 | |
| ACCOUNT NO. <br><br> HealthCare Plus Fed. CU <br> 203 S Dakota St. <br> Aberdeen, SD 57401 | X | J | 12/11/08; Title held; 2005 Ford Free Star <br><br> VALUE $  7,295.00 | | | | 9,358.00 | |

_1_  continuation sheets
     attached

| | |
|---|---|
| Subtotal ▶ <br>(Total of this page) | $  25,300.68 |
| Total ▶ <br>(Use only on last page) | $ |

Subtotal: $  25,300.68     $

Total: $     $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                 2

In re   Colleen A. & Brian A. Carman          ,     Case No.   09-10226
                        **Debtor**                                          **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0082 Home Federal Bank PO Box 5000 Sioux Falls, SD 57117-5000 | X | J | 2005; Mtg; 2304 S Hwy 281, Aberdeen, SD  VALUE $   58,000.00 | | | | 58,000.00 | |
| ACCOUNT NO. 1000 Santander Consumer PO Box 660633 Dallas, TX 75266-0633 | X | J | 05/31/07; Title held; 2001 Chevy S10 Pickup  VALUE $   6,935.00 | | | | 15,679.48 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no __1__of__1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 73,679.48     $

Total(s) ▶
(Use only on last page)

$ 98,980.16     $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (12/07)

In re  Colleen A. & Brian A. Carman            ,                    Case No. 09-10226
                      **Debtor**                                            **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re  Colleen A. & Brian A. Carman_____ ,       Case No._09-10226_____
                  **Debtor**                                     **(if known)**


☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_____ continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

In re  Colleen A. & Brian A. Carman    ,    Case No.  09-10226
_____        _____
             **Debtor**                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no._____ of _____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page) — $ | $

Total▶ (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) — $

Totals▶ (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) — $ | $

B 6F (Official Form 6F) (12/07)

In re  Colleen A. & Brian A. Carman                          ,      Case No.  09-10226
_____                            _____
                    Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2461<br><br>Gentry Finance<br>418 S Main St.<br>Aberdeen, SD 57401 | | H | 06/2009; Claim is subject to setoff | | | | 582.90 |
| ACCOUNT NO. 130<br><br>Gentry Finance<br>418 S Main St.<br>Aberdeen, SD 57401 | | W | 05/2009; Claim is subject to setoff | | | | 1,470.71 |
| ACCOUNT NO. 822-3<br><br>Surity Finance<br>1714- 6th Ave SE<br>Aberdeen, SD 57401 | | H | 08/2009; Claim is subject to setoff | | | | 1,211.84 |
| ACCOUNT NO. 803-6<br><br>Surity Finance<br>1714- 6th Ave SE<br>Aberdeen, SD 57401 | | W | 07/2009; Claim is subject to setoff | | | | 1,406.84 |

_____continuation sheets attached

Subtotal▶  $  4,672.29

Total▶  $  4,672.29
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Colleen A. & Brian A. Carman               ,          Case No. 09-10226
                    **Debtor**                                           **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re  Colleen A. & Brian A. Carman          ,          Case No.  09-10226
           **Debtor**                                             **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B61 (Official Form 6I) (12/07)

In re  Colleen A. & Brian A. Carman        ,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): 2 Sons | AGE(S): 14, 2 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Disabled | Team production member |
| Name of Employer | | Molded Fiber Glass |
| How long employed | | 16 Months |
| Address of Employer | | 1401 Brown County 19 North Aberdeen, SD 57401 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $_____ | $  2,306.95 |
| 2. Estimate monthly overtime | $_____ | $  258.38 |
| 3. SUBTOTAL | $_____ | $  2,565.33 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $_____ | $  241.27 |
| b. Insurance | $_____ | $  124.45 |
| c. Union dues | $_____ | $_____ |
| d. Other (Specify): _____ | $_____ | $_____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $_____ | $  365.72 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $_____ | $  2,199.61 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $_____ | $_____ |
| 8. Income from real property | $_____ | $_____ |
| 9. Interest and dividends | $_____ | $_____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $  397.67 | $_____ |
| 11. Social security or government assistance (Specify):  SSI Disability (Self) | $  1,195.00 | $_____ |
| 12. Pension or retirement income | $_____ | $_____ |
| 13. Other monthly income (Specify) SSI for 2 dependents | $  596.00 | $_____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $  2,188.67 | $  0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $  2,188.67 | $  2,199.61 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $  4,388.28 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

| 11079 | 40 CLOSE | | Carman, B. A. | | | 09/26/2009 | | 0004135 |
|---|---|---|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PERIOD END | | CHECK NO. |
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | YEAR TO DATE | |
| Regular Pay | 52.200 | 605.52 | 21601.36 | FEDERAL INCOME | | 0.00 | 1248.13 | |
| Overtime Pay | 9.500 | 55.10 | 2325.42 | FEDERAL MEDICAR | | 8.94 | 345.61 | |
| Vacation Pay | 0.000 | 0.00 | 456.80 | FEDERAL SOCIAL | | 38.21 | 1477.70 | |
| Holiday Pay | 0.000 | 0.00 | 547.20 | Dental Ins | | 6.00 | 120.00 | |
| BONUS HOURS | 1.000 | 11.60 | 23.20 | Medical-Core | | 50.00 | 1000.00 | |
| | | | | | | | | |
| VACATION BAL | 10.520 | | | | | | | |

| 11.60 | 672.22 | 103.15 | 569.07 | 24953.96 | 4191.44 | 20762.54 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

B6J (Official Form 6J) (12/07)

In re  Colleen A. & Brian A. Carman                ,        Case No. _____
                    **Debtor**                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 678.23 |
|    a. Are real estate taxes included?    Yes ✓   No _____ | |
|    b. Is property insurance included?    Yes ✓   No _____ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 265.00 |
|    b. Water and sewer | $ 55.00 |
|    c. Telephone | $ 150.00 |
|    d. Other  Cable | $ 65.00 |
| 3. Home maintenance (repairs and upkeep) | $ 250.00 |
| 4. Food | $ 410.00 |
| 5. Clothing | $ 175.00 |
| 6. Laundry and dry cleaning | $ 35.00 |
| 7. Medical and dental expenses | $ 85.00 |
| 8. Transportation (not including car payments) | $ 279.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 35.00 |
| 10. Charitable contributions | $ 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 0.00 |
|    b. Life | $ 181.00 |
|    c. Health | $ 0.00 |
|    d. Auto | $ 109.00 |
|    e. Other  Cancer Insurance | $ 174.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 641.88 |
|    b. Other  Personal Loan HealthCare Plus FCU | $ 50.00 |
|    c. Other  Credit Cards | $ 589.30 |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  Payday Loans | $ 100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$ 4,352.41** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 4,388.28 |
|    b. Average monthly expenses from Line 18 above | $ 4,352.41 |
|    c. Monthly net income (a. minus b.) | $ 35.87 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re <u>Colleen A. & Brian A. Carman</u> ,          Case No. <u>09-10226</u> .
Debtor                                           (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date <u>10/15/2009</u>                    Signature: _____
                                                              Debtor

Date <u>10/15/2009</u>                    Signature: _____
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                            Signature: _____

                                       _____
                                       [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.