IN THE UNITED STATES BANKRUPTCY COURT
For the DISTRICT of SOUTH DAKOTA
SIOUX FALLS DIVISION

| | | |
|---|---|---|
| In re: ) | | Chapter: 7 |
| Colleen A. Carman ) | | |
| ) | | REQUEST FOR SPECIAL NOTICE |
| ) | | Case Number: 09-10226 |
| Debtor(s) ) | | [No Hearing Required] |

TO THE CLERK:

    The undersigned attorneys for:
       HSBC BANK NEVADA, N.A.
          MENARDS

a creditor of the above referenced debtor.

    Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

    REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

        HSBC BANK NEVADA, N.A.
        Bass & Associates, P.C.
        3936 E. Ft. Lowell Road, Suite #200
        Tucson, AZ 85712

    Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 10/28/09
Account Number: ****************4730

        Respectfully submitted,
        Bass & Associates, P.C.

        By: /s/ Patti H. Bass  (AZ 016849)
          Attorneys for Creditor
          HSBC BANK NEVADA, N.A.
          3936 E Ft Lowell Rd Suite 200
          Tucson, AZ  85712-1083
          (520) 577-1544
          ecf@bass-associates.com