UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In Re:<br><br>COLLEEN A. CARMAN,<br>a/k/a Colleen a. Tharnish,<br>SSN/ITIN: xxx-xx-5405, and<br>BRIAN A. CARMAN,<br>SSN/ITIN: xxx-xx-3787,<br><br>Debtors. | Case No. 09-10226<br><br>Chapter 7<br><br>UNITED STATES TRUSTEE'S<br>MOTION TO DISMISS |

The United States Trustee respectfully moves the Court, pursuant to 11 U.S.C. §707(a)(3), 521(a)(1)(B) for an Order dismissing the above-captioned Chapter 7 case for Debtors' failure to file their Statement of Financial Affairs.

In support of his Motion, the United States Trustee states and alleges that:

1. Debtor filed a petition for relief under Chapter 7 of Title 11 on October 14, 2009.

2. At the time of filing, Debtors did not file a statement of financial affairs.

3. Pursuant to 11 U.S.C. §521(a)(1)(B)(iv) and (v) and Federal Rule of Bankruptcy Procedure 1007(b) and (c), Debtors were to have filed such documents within fifteen (15) days of the filing of their petition.

4. More than fifteen (15) days have passed since the filing of the Debtors' petition, and Debtors have failed and/or refused to file such documents.

     5.  Pursuant to 11 U.S.C. §707(a)(3), the Court may dismiss a Chapter 7 case for failure to timely file these documents.

     WHEREFORE, the United States Trustee respectfully urges the Court to enter its Order dismissing the above-captioned case for Debtors' failure to file a Statement of Financial Affairs .

>	HABBO G. FOKKENA
>	UNITED STATES TRUSTEE
>	Region 12

Dated:  November 4, 2009.		By: /s/ Bruce J. Gering
>	Bruce J. Gering
>	Assistant United States Trustee
>	314 S. Main, Suite 303
>	Sioux Falls, S.D.  57l04-6462
>	Tele:  (605) 330-4450
>	Fax:  (605) 330-4456
>	Email:  Bruce.J.Gering@usdoj.gov